# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 AUG 16 AM 9: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>OBED CASTILLO-LOYA,<br><br>                              Defendant. | CASE NO. 2010CR2580-JLS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_     the Court has dismissed the case for unnecessary delay; or

_     the Court has granted the motion of the Government for dismissal; or

_     the Court has granted the motion of the defendant for a judgment of acquittal; or

_     a jury has been waived, and the Court has found the defendant not guilty; or

_     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) of: <u>8 USC 1326 Deported alien found in the United States.</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 13, 2010

                                                     JANIS L. SAMMARTINO
                                                     UNITED STATES DISTRICT JUDGE

                                                     ENTERED ON _____